IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

**Mary Jo Ingram**

Case No. 10-82206- -
Chapter 7

Social Security Number: xxx-xx-7767
Mailing Address: 4 Donnelly Court , Durham , NC

Debtor.

# ORDER CONVERTING CASE
# FROM CHAPTER 7 TO 13

This matter came before the Court on January 27, 2011 upon motion of the Debtor to convert this case from Chapter 7 to Chapter 13. Edward C. Boltz appeared on behalf of the Debtor. Mike West appeared on behalf of the Bankruptcy Adminstrator.. Having considered the matter as presented by the parties, the court finds that:

1. This motion by the Debtor is brought pursuant to 11 U.S.C. 706(a), and Bankruptcy Rules 1017(d) and 9013;

2. Copies of the Motion in this matter have been duly served on the Chapter 7 Trustee and Bankruptcy Administrator;

3. The Debtor in a Chapter 7 case have the absolute right to convert her case, provided that there has been no prior conversion under 11 U.S.C. §§ 1112, 1208 or 1307;

4. There have been no prior conversions in this case;

THEREFORE, IT IS ORDERED THAT:

1. The Debtor's case is hereby converted;

2. The Debtor is hereby ordered to file a Chapter 13 plan within fifteen (15) days of the entry of this Order or the Chapter 13 Trustee shall move to dismiss this case;

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

**Mary Jo Ingram**

Case No. 10-82206- -
Chapter 7

Social Security Number: xxx-xx-7767
Mailing Address: 4 Donnelly Court , Durham , NC

Debtor.

## SERVICE LIST FOR ORDER CONVERTING CASE
## AND DENYING MOTION TO DISMISS

John Northen
Chapter 7 Trustee
Post Office Box 2208
Chapel Hill, NC 27514-2208

Richard M. Hutson, II
Chapter 13 Trustee
Post Office Box 3613
Durham, N.C. 27702

Bankruptcy Administrator
Post Office Box 1828
Greensboro, NC 27402

Mary Jo Ingram
4 Donnelly Court
Durham , NC