UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MARY JO INGRAM | ) | Case No. 10-82206 |
| | ) | (Chapter 13) |
| Debtor. | ) | |

# RESPONSE TO OBJECTION TO CLAIM
# AND REQUEST FOR HEARING

Now comes PYOD LLC, a creditor of the above-referenced debtor, through counsel, and responds to the Debtor's Objection to Claim Number 3 (Dkt. No. 34). PYOD requests the opportunity to be heard on the Debtor's objections.

This the 26th day of August 2011.

/s/ C. Scott Meyers
C. Scott Meyers
NC State Bar No. 30651
ELLIS & WINTERS, LLP
Suite 200
333 N. Greene Street
Greensboro, NC 27401
Telephone: (336) 217-4193
Facsimile: (336) 217-4198
scott.meyers@elliswinters.com
*Attorney for PYOD LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Response to Objection to Claim and Request for Hearing was filed electronically with the Court's CM/ECF system, which will cause it to be served electronically on all parties in the case..

This the 26th day of August, 2011.

/s/ C. Scott Meyers
C. Scott Meyers
NC State Bar No. 30651
ELLIS & WINTERS, LLP
Suite 200
333 N. Greene Street
Greensboro, NC 27401
Telephone:(336) 217-4193
Facsimile: (336) 217-4198